UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KATRINA DONALDSON, AS NEXT FRIEND AND GUARDIAN OF C.J.D., A MINOR, </br></br>Plaintiff, </br></br>v. </br></br>MAURY COUNTY BOARD OF EDUCATION, </br></br>Defendant. | No. 1:14-00088 </br>Senior Judge Haynes |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 49) to grant Defendant's motion for summary judgment (Docket Entry No. 30). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant's motion for summary judgment (Docket Entry No. 30) is **GRANTED.** This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 26 day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge